UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| WAYNE A. MURPHY, | |
|---|---|
| Plaintiff, | No. C11-5448BHS/JRC |
| v. | ORDER VOLUNTARILY RECUSING MAGISTRATE JUDGE J. RICHARD CREATURA |
| PIERCE COUNTY JAIL, et al., | |
| Defendants. | |

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has moved to proceed with this action in forma pauperis (ECF No. 1). The court, having reviewed Plaintiff's complaint, does hereby voluntarily recuse himself from the action.

The Clerk is directed to reassign this case and send copies of this order to Plaintiff.

DATED this 23rd day of June, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1