UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WAYNE A. MURPHY,

    Plaintiff,

v.

PIERCE COUNTY JAIL, CARLOS ORTIZ VENEGAS, PIERCE COUNTY DETENTION AND CORRECTIONS CENTER, and HEALTH SERVICES DIVISION,

    Defendants.

NO. C11-5448 BHS/KLS

ORDER REGARDING PLAINTIFF'S REQUEST FOR CLARIFICATION AS TO FILING FEE

Before the Court is Plaintiff's "Motion for Explanation of Where Payments are Going." ECF No. 13. Plaintiff requested leave to proceed *in forma pauperis* (IFP). ECF No. 1. In his application, Plaintiff indicated to the Court that he is unable to afford the $350.00 filing fee. *Id.* In the Court's Order granting Plaintiff's IFP application, Plaintiff was advised that **he is required to make monthly payments of 20 percent of the preceding months income credited to his prison account until the full amount of the filing fee is satisfied.** ECF No. 6 (emphasis in original). Plaintiff is directed to refer to that Order.

Plaintiff's motion for explanation (ECF NO. 13) is **DENIED as moot.** The Clerk shall send Plaintiff a copy of this Order and a second copy of the Order granting Plaintiff's IFP application. ECF No. 6.

**DATED** this  19th  day of October, 2011.

                Karen L. Strombom
                United States Magistrate Judge

ORDER    1